No. 39982.—Protest 937733–G of Fred'k J. Voelpel (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

No. 39983.—Protests 641816–G, etc., of Butler Bros. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) and Abstract 32927 the atomizers and photo frames in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 39984.—Protest 965910–G of Spiegel Bros. Corp. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 36228 the chains in question were held dutiable as parts of bicycles at 30 percent under paragraph 371 as claimed.

No. 39985.—Protests 958794–G, etc., of R. W. Cramer & Co., Inc., et al. (New York).

Opinion by DALLINGER, J. The records disclosed no reason to warrant disturbing the collector's action. Following the ruling in Abstract 15400 the court dismissed the claims.